## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

v.                          No. 4:21-cr-176-DPM

JUSTIN NATHANIEL LEON                       DEFENDANT

### ORDER

1.      After conferring with counsel, Justin Nathaniel Leon consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 38*. No objections were filed and the time to do so has passed.

2.      On 10 August 2020, Leon knowingly possessed a stolen firearm with a connection to interstate commerce in the Eastern District of Arkansas, as charged in count one of the Superseding Information. He made a knowing and voluntary choice to waive prosecution by indictment and plead guilty to the Superseding Information under the terms of his proposed plea agreement.  The Court has reviewed and accepts that agreement.  Fed. R. Crim. P. 11(c)(3)(A).

3.      The Court accepts Leon's guilty plea and convicts him of the offense.  The United States' oral motion to dismiss is granted.  The Indictment is dismissed without prejudice as to Leon.

4.      A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

12 April 2023